UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CARDANY | : | FILED |
| v. | : NO. 3:00cv562 (JBA) | Oct 18  12 01 PM '04 |
| COMMISSIONER JOHN ARMSTRONG | : | U.S. DISTRICT COURT<br>NEW HAVEN, CONN. |

O R D E R

On or before 11/1/04, all parties shall file with the Clerk of the Court their Status Report [format attached].

IT IS SO ORDERED.

/s/ Janet Bond Arterton
United States District Judge

Dated at New Haven, Connecticut: October 15, 2004

3:00cv562 (JBA)
------------------------------------------------------------

TO:     COUNSEL OF RECORD:

------------------------------------------------------------

THE PARTIES SHALL INDIVIDUALLY SUBMIT TO THE CLERK OF THE COURT [with certification copies sent to all counsel of record] AN ORIGINAL STATUS REPORT on or before 11/1/04, STATING THE FOLLOWING:

(a) THE STATUS OF THE CASE, IDENTIFYING ANY PENDING MOTIONS, OR ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER;
(b) INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR TO THE DISTRICT'S SPECIAL MASTERS PROGRAM;
(c) WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE; AND
(d) THE ESTIMATED LENGTH OF TRIAL.

NO STATUS REPORTS WILL BE ACCEPTED VIA FACSIMILE.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK