UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CARDANY                              :

v.                                   :    NO. 3:00cv562 (JBA)

COMMISSIONER JOHN ARMSTRONG          :

_FILED_

2004 NOV 23 P 9: 2

U.S. DISTRICT COURT
NEW HAVEN. CT

## ORDER OF DISMISSAL

Construing Attorney Cannatelli's letter dated November 20, 2004 as Plaintiff's Motion to Withdraw or Dismiss, it is GRANTED.

The Clerk is directed to docket Attorney Cannatelli's letter and to close this case.

IT IS SO ORDERED.

_____
Janet Bond Arterton
United States District Judge

Dated at New Haven, Connecticut: November 23 , 2004